IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARMONI MASUD JOHNSON, | No. 3:21-CV-01280 |
| Petitioner, | (Chief Judge Brann) |
| v. | (Chief Magistrate Judge Mehalchick) |
| SUPERINTENDENT THOMAS MCGINLEY, *et al.*, | |
| Respondents. | |

# ORDER

**JUNE 10, 2022**

Armoni Masud Johnson, a Pennsylvania state prisoner, filed this 28 U.S.C. § 2254 petition related to the denial of his request for parole.[1] Johnson has also filed two motions for injunctive relief.[2] In May 2022, Chief Magistrate Judge Karoline Mehalchick issued a Report and Recommendation recommending that this Court deny Johnson's motions for injunctive relief, as his claims therein may not be raised in a § 2254 petition and, in any event, Johnson failed to demonstrate any of the requirements for injunctive relief.[3] Johnson filed timely objections to the Report and Recommendation.[4]

---

[1] Doc. 1.
[2] Docs. 22, 24.
[3] Doc. 32.
[4] Doc. 34.

"If a party objects timely to a magistrate judge's report and recommendation, the district court must 'make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.'"[5] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations.[6] After reviewing the record, the Court finds no error in Chief Magistrate Judge Mehalchick's conclusion that Johnson failed to demonstrate entitlement to injunctive relief. Accordingly, **IT IS HEREBY ORDERED** that:

1. Chief Magistrate Judge Karoline Mehalchick's Report and Recommendation (Doc. 32) is **ADOPTED**;

2. Johnson's motions for injunctive relief (Docs. 22, 24) are **DENIED**; and

3. This matter is **REMANDED** to Chief Magistrate Judge Mehalchick for further proceedings.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[5] *Equal Emp't Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)).
[6] 28 U.S.C. § 636(b)(1); Local Rule 72.31.