IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARMONI MASUD JOHNSON, | No. 3:21-CV-01280 |
| Petitioner, | (Chief Judge Brann) |
| v. | (Chief Magistrate Judge Mehalchick) |
| SUPERINTENDENT THOMAS MCGINLEY, *et al.*, | |
| Respondents. | |

## ORDER

**NOVEMBER 23, 2022**

Armoni Masud Johnson, a Pennsylvania state prisoner, filed this 28 U.S.C. § 2254 petition related to the denial of his request for parole.[1] In October 2022, Chief Magistrate Judge Karoline Mehalchick issued a Report and Recommendation recommending that this Court deny the petition.[2] Johnson has filed timely objections to the Report and Recommendation.[3]

"If a party objects timely to a magistrate judge's report and recommendation, the district court must 'make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.'"[4] Regardless of whether timely objections are made, district courts may accept, reject,

---

[1] Doc. 1.
[2] Doc. 42.
[3] Doc. 45.
[4] *Equal Emp't Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)).

or modify—in whole or in part—the magistrate judge's findings or recommendations.[5] Upon *de novo* review, the Court finds no error in Chief Magistrate Judge Mehalchick's Report and Recommendation. Consequently, **IT IS HEREBY ORDERED** that:

1. Chief Magistrate Judge Karoline Mehalchick's Report and Recommendation (Doc. 42) is **ADOPTED**;

2. Johnson's 28 U.S.C. § 2254 petition (Doc. 1) is **DENIED**;

3. Johnson's motions to supplement the complaint (Docs. 40, 51) are **GRANTED**;

4. Johnson's motion to recall the mandate (Doc. 37), motion for injunctive relief (Doc. 39), and motion pursuant to Federal Rule of Criminal Procedure 9 (Doc. 43), are **DENIED**;

5. The Court declines to issue certificate of appealability;[6] and

6. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[5] 28 U.S.C. § 636(b)(1); Local Rule 72.31.
[6] *See Slack v. McDaniel,* 529 U.S. 473, 484 (2000) (setting forth legal standard).